

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00390-CV

| | | |
|---|---|---|
| IN RE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; MICHELLE MOORE, IN HER CAPACITY AS TRUSTEE AND PRESIDENT OF THE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; SHERI MILLS, IN HER CAPACITY AS TRUSTEE OF THE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; AND TODD CARLTON, IN HIS CAPACITY AS TRUSTEE OF THE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES, Relators | § § § § § § | Original Proceeding 153rd District Court of Tarrant County, Texas Trial Court No. 153-319405-20 October 14, 2021 Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be dismissed. It is ordered that the petition for writ of mandamus is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell